UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HONORABLE DAVID O. CARTER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR02-0319-DOC |
| Plaintiff, | |
| v. | ORDER UNSEALING TRANSCRIPT |
| GABRIEL BERNARDO SANCHEZ, | |
| Defendant. | |

It is hereby **ORDERED** that the portion of the September 24, 2007 sentencing hearing in the above case that was previously ordered sealed by this Court be unsealed for the purpose of providing copies of the transcript of this entire hearing to Gary P. Burcham, counsel for Mr. Sanchez, and Ellyn Lindsay, Assistant United States Attorney.

Dated: September 2, 2008

*/s/ David O. Carter*
HON. DAVID O. CARTER
United States District Judge